UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 06 B 12202
    PATRICIA BROMBY
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX


            Debtor
    SSN XXX-XX-3304
```

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 09/27/2006 and was confirmed 01/22/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 10/15/2007.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WORLD SAVINGS | CURRENT MORTG | .00 | .00 | .00 |
| WORLD SAVINGS | MORTGAGE ARRE | .00 | .00 | .00 |
| CITIMORTGAGE INC | CURRENT MORTG | .00 | .00 | .00 |
| PIERCE & ASSOC | NOTICE ONLY | NOT FILED | .00 | .00 |
| COOK COUNTY TREASURER | SECURED | 8000.00 | .00 | 8000.00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | NOT FILED | .00 | .00 |
| CITIMORTGAGE INC | MORTGAGE ARRE | 16012.78 | .00 | 690.15 |
| CAPITAL ONE BANK | UNSECURED | 181.18 | .00 | .00 |
| DANIEL M MOULTON | DEBTOR ATTY | 2,100.00 | | 2,100.00 |
| TOM VAUGHN | TRUSTEE | | | 709.85 |
| DEBTOR REFUND | REFUND | | | .00 |

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 11,500.00 | |
| PRIORITY | | .00 |
| SECURED | | 8,690.15 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 2,100.00 |
| TRUSTEE COMPENSATION | | 709.85 |
| DEBTOR REFUND | | .00 |
| TOTALS | 11,500.00 | 11,500.00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
              CASE NO. 06 B 12202 PATRICIA BROMBY

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 01/22/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE


PAGE   2
CASE NO. 06 B 12202 PATRICIA BROMBY